IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES LAMAR,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 12-cv-697-jdp

LIZZIE TEGELS,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Lizzie Tegels denying the petition of Charles Lamar for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

    /s/　　　　　　　　　　　　　　　　　9/28/2015

Peter Oppeneer, Clerk of Court　　　　　　　　　Date